IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01034-REB-BNB

JUDITH BUCKNER,

Plaintiff,

v.

DAVID CONRAD,

Defendant.

_____

## ORDER
_____

This matter is before me on the **Unopposed Motion to Intervene Pursuant to Rule 24
of the Federal Rules of Civil Procedure** [Doc. # 8, filed 6/18/2008] (the "Motion to Intervene")
by the City of Westminster, Colorado.

IT IS ORDERED that the Motion to Intervene is GRANTED, and the Clerk of the Court
is directed to accept for filing the Intervenor's Complaint [Doc. # 8-2].

Dated June 27, 2008.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge