**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01034-REB-BNB

JUDITH BUCKNER,

    Plaintiff,

v.

DAVID CONRAD,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on **Plaintiff Buckner's Motion For Leave To File Response Out of Time** [#29], filed February 26, 2009. The motion is **GRANTED**, and **Plaintiff Buckner's Response To Defendant's Motion to Strike Officer Robert DeHerrerea** [#29-3], attached to the motion, is accepted for filing.

    Dated: February 27, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.