IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01034-REB-BNB

JUDITH BUCKNER,

Plaintiff,

v.

DAVID CONRAD,

Defendant.

_____

## ORDER
_____

This matter arises on plaintiff's **Unopposed Motion to File Amended Complaint** [Doc. # 34, filed 4/13/2009] (the "Motion to Amend").

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Complaint and Jury Demand [Doc. # 34-3].

Dated April 21, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge