**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01034-REB-BNB

JUDITH BUCKNER,

    Plaintiff,

and

CITY OF WESTMINISTER,

    Plaintiff-Intervenor,

v.

DAVID CONRAD,

    Defendant.

## ORDER DISMISSING CITY OF WESTMINISTER

**Blackburn, J.**

The matter before me is the **Unopposed Motion To Dismiss Plaintiff-Intervenor, The City of Westminister, From the Case** [#35] filed April 13, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted and that plaintiff-intervenor, City of Westminster, should be dismissed from this action.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Dismiss Plaintiff-Intervenor, The City of Westminister, From the Case** [#35] filed April 13, 2009, is **GRANTED**;

2. That plaintiff-intervenor, City of Westminister, is **DISMISSED** from this action; and

3. That plaintiff-intervenor, City of Westminister is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated April 23, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge