IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01034-REB-BNB

JUDITH BUCKNER,

Plaintiff,

v.

DAVID CONRAD,

Defendant.
_____

# ORDER
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall submit a revised proposed final pretrial order on or before **May 11, 2009**, modified as discussed at the conference this morning.

Dated May 4, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge