IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No 08-cv-01034-REB-BNB | Date: May 22, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

JUDITH BUCKNER,                                                                 Mark Elliott

        Plaintiff(s),

v.

DAVID CONRAD,                                                                  Rebecca Wagner

        Defendant(s).

## COURTROOM MINUTES

**TELEPHONIC HEARING: MOTIONS**

Court in Session:     9:26 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:  Defendant's Motion to reconsider striking defendant's exhibits filed 5/13/09 Doc 47 is denied as withdrawn as stated on the record.**

**ORDERED:  A motion hearing on defendant's motion to compel is set for May 27, 2009 at 1:30 p.m.**

Court in Recess     9:36 a.m.     Hearing concluded.     Total time in Court:    00:10

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.