IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01034-REB-BNB

JUDITH BUCKNER,

Plaintiff,

v.

DAVID CONRAD,

Defendant.
_____

**ORDER**
_____

This matter arises on the following:

(1)     Plaintiff's substitute exhibit list [Doc. # 45, filed 5/12/2009]; and

(2)     **Defendant's Motion to Reconsider Striking Defendant's Exhibits** [Doc. # 47,

filed 5/13/2009](the "Motion to Reconsider").

These matters were discussed at a hearing this morning, at which time I made oral

rulings. In summary and for the reasons stated at the hearing:

IT IS ORDERED that the plaintiff's substitute exhibit list [Doc. # 45] is accepted for

filing and adopted as a part of the Final Pretrial Order [Doc. # 46].

IT IS FURTHER ORDERED that the Motion to Reconsider is DENIED as withdrawn.

Dated May 22, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge