IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   08-cv-01034-REB-BNB | Date: May 27, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

JUDITH BUCKNER,                                                           Mark Elliott

        Plaintiff(s),

v.

DAVID CONRAD,                                                             Rebecca Wagner

        Defendant(s).

## COURTROOM MINUTES

### HEARING: MOTIONS

Court in Session:        1:35 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Defendant's motion to compel filed 5/21/09 Doc. [50] is granted as stated on the record.**

Court in Recess        2:11 p.m..m.    Hearing concluded.    Total time in Court:    00:36

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.