IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01034-REB-BNB

JUDITH BUCKNER,

Plaintiff,

v.

DAVID CONRAD,

Defendant.
_____

## ORDER
_____

This matter arises on **Defendant's Motion to Compel** [Doc. # 50, filed 5/21/2009] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The plaintiff shall execute and deliver to the defendant, on or before **June 3, 2009**, releases enabling the defendant to obtain plaintiff's employment records for all employment held subsequent to her employment with the City of Westminster.

Dated May 27, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge