**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01034-REB-BNB

JUDITH BUCKNER,

    Plaintiff,

v.

DAVID CONRAD,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation for Dismissal With Prejudice** [#59] filed June 24, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation for Dismissal With Prejudice** [#59] filed June 24, 2009, is **APPROVED**;

    2.  That the Trial Preparation Conference set for July 31, 2009, is **VACATED**;

    3.  That the jury trial set to commence August 24, 2009, is **VACATED**;

    4.  That any pending motion is **DENIED** as moot; and

     5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated June 24, 2009, at Denver, Colorado.

                                            BY THE COURT:

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge